UNITED STATES of America,
Plaintiff—Appellee,

v.

JIA HUAN CHEN, Defendant—
Appellant.

United States of America,
Plaintiff—Appellee,

v.

Wei Jun Chen, Defendant—Appellant.

Nos. 06–10336, 06–10341.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2007 *.

Filed Sept. 28, 2007.

Timothy E. Moran, Esq., Office of the U.S. Attorney, Saipan, MP, for Plaintiff–Appellee.

Danilo T. Aguilar, Esq., Law Offices of Danilo T. Aguilar, Saipan, MP, for Defendant–Appellant.

Wei Jun Chen, Saipan, MP, pro se.

Before: CANBY, TASHIMA and RAWLINSON, Circuit Judges.

MEMORANDUM **

Jia Huan Chen appeals from the 78–month sentence imposed upon re-sentenc-ing, following his jury trial conviction for conspiracy to collect extensions of credit by extortionate means and collection of extensions of credit by extortionate means, in violation of 18 U.S.C. §§ 2 and 894. Wei Jun Chen appeals from his guilty-plea conviction and 78–month sentence imposed upon re-sentencing for conspiracy to col-lect extensions of credit by extortionate means and collection of extensions of cred-it by extortionate means, in violation of 18 U.S.C. §§ 2 and 894.

In appeal no. 06–10336, Jia Huan Chen contends that the district court failed to provide notice of its intent to sentence him outside the range suggested by the Sen-tencing Guidelines as required by Federal Rule of Criminal Procedure 32(h). *See United States v. Evans–Martinez*, 448 F.3d 1163, 1167 (9th Cir.2006). In light of this court's holding in *United States v. Evans–Martinez*, we vacate Jia Huan Chen's sentence and remand for proceed-ings consistent with its holding. *See id.*

In appeal no. 06–10341, pursuant to *An-ders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Wei Jun Chen's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal in case no 06–10341.

Accordingly, counsel's motion to with-draw is granted, and the district court's judgment is affirmed in case no. 06–10341.

---

* This panel unanimously finds this case suit-able for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-cation and is not precedent except as provid-ed by 9th Cir. R. 36–3.

Case no. 06–10336 is **VACATED** and **REMANDED.**

Case no 06–10341 is **AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.